DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
RAMONA SOTO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>      v.                          )<br>                                  )<br>RAMONA SOTO,                      )<br>                                  )<br>            Defendant.            )<br>_____ ) | NO. CR.S-08-244-LKK<br><br>**STIPULATION AND ORDER;<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME**<br><br>Date: June 17, 2008<br>Time: 9:30 a.m.<br>Judge: Hon. Lawrence K. Karlton |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SEAN FLYNN, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of June 17, 2008 be vacated, and the matter be set for change of plea on June 24, 2008 at 9:30 a.m.

    The parties had preliminary discussions regarding resolution of the case.  However, defense counsel seeks additional time to review the proposed plea agreement with the defendant.

    Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including June 24, 2008 pursuant to 18 U.S.C.

§3161 (h)(8)B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: June 16, 2008.          Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Public Defender


DATED: June 16, 2008.          /s/ Linda C. Harter
                                LINDA C. HARTER
                                Chief Assistant Federal Defender
                                Attorney for Defendant

                                McGREGOR W. SCOTT
                                United States Attorney


DATED: June 16, 2008.          /s/Linda C. Harter for
                                SEAN FLYNN
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

2

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including June 24, 2008 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: June 16, 2008

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT