```
                                FILED
                             September 5, 2008
                          CLERK, US DISTRICT COURT
                           EASTERN DISTRICT OF
                               CALIFORNIA
                              DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>v.                               )<br>                                 )<br>RAMONA SOTO,                     )<br>                                 )<br>            Defendant.           )<br>_____  ) | Case No. CR. S-08-244<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __RAMONA SOTO__ , Case No. __CR. S-08-244__ , Charge __18 USC § 641__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    ___   Bail Posted in the Sum of $___

        ___   Unsecured Appearance Bond

        ___   Appearance Bond with 10% Deposit

        ___   Appearance Bond with Surety

        ___   Corporate Surety Bail Bond

     ✔   (Other)   __Time Served__

Issued at __Sacramento, CA__ on __September 5, 2008__ at __9:05 am__ .

By _____/s/ Lawrence K. Karlton_____
Lawrence K. Karlton
United States District Judge

Original - U.S. Marshal